UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
               :
DEXTER DAVENPORT,               :
               :
            Plaintiff,         :       21-CV-4127 (JMF)
               :
      -v-               :
               :
HOUSTON WIRE & CABLE COMPANY, et al.,    :
               :
            Defendants.     :
               :
-----------------------------------------------------------------------X
               :
SUSAN FINGER,               :
               :
            Plaintiff,         :       21-CV-4971 (JMF)
               :
      -v-               :
               :       ORDER
HOUSTON WIRE & CABLE COMPANY, et al.,    :
               :
            Defendants.     :
               :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On May 7, 2021, Plaintiff Dexter Davenport filed a complaint in 21-CV-4127, which alleges violations of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act") and Rule 14a-9, promulgated thereunder. On June 4, 2021, Plaintiff Susan Finger filed a similar complaint in 21-CV-4971. No motion for consolidation has been filed, but 21-CV-4971 has been accepted by the Court as related to 21-CV-4127, and the cases appear to involve common questions of law and fact.

       Accordingly, it is hereby ORDERED that the parties in each case are directed to file letters no later than **June 24, 2021**, not to exceed three pages each, indicating their views on

whether the cases should be consolidated. If the parties do not file letters opposing consolidation, the Court may consolidate the two cases without further notice to the parties. It is further ORDERED that Plaintiffs shall promptly serve a copy of this Order on each Defendant and promptly file proof of such service.

    SO ORDERED.

Dated: June 10, 2021
       New York, New York

                                JESSE M. FURMAN
                             United States District Judge