UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                    :

DEXTER DAVENPORT,                                    :

                            Plaintiff,                            :          21-CV-4127 (JMF)

                -v-                                          :

HOUSTON WIRE & CABLE COMPANY, et al.,     :

                        Defendants.                      :

------------------------------------------------------------------------X
                                                                    :

SUSAN FINGER,                                          :

                            Plaintiff,                            :          21-CV-4971 (JMF)

                -v-                                          :

                                                                    :          ORDER

HOUSTON WIRE & CABLE COMPANY, et al.,     :

                        Defendants.                      :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On May 7, 2021, Plaintiff Dexter Davenport filed a complaint in 21-CV-4127, which alleges violations of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act") and Rule 14a-9, promulgated thereunder. ECF No. 1.[1] On June 4, 2021, Plaintiff Susan Finger filed a similar complaint in 21-CV-4971. The Court ordered the parties in each case to file a letter no later than June 24, 2021 indicating their views on whether the cases should be consolidated and noting that the Court might consolidate the cases without further

---

[1]     Unless otherwise noted, docket references are to 21-CV-4127.

notice if the parties did not oppose consolidation. ECF No. 4. No such letter was filed in either case.

In light of that, and because the actions involve common questions of law and fact, it is hereby ORDERED that, pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure, the two cases are consolidated under the case number 21-CV-4127. The Clerk of Court is directed to consolidate 21-CV-4127 and 21-CV-4971 under case number 21-CV-4127 and to close 21-CV-4971. **All future filings should be in 21-CV-4127 alone.**

SO ORDERED.

Dated: June 25, 2021
New York, New York

JESSE M. FURMAN
United States District Judge